FILED
OCT 2 3 2015
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:15CR00485 NCC |
| GENNORA HARRIS, | ) |
| Defendant. | ) |

## INFORMATION

### COUNT I
### (UNLAWFUL DELAY OF MAIL)

The United States Attorney charges that:

From on or about December 1, 2014 through January 20, 2015, in Saint Charles County, located within the Eastern District of Missouri,

**GENNORA HARRIS,**

defendant herein, having taken charge of newspapers to be delivered to mail addresses, voluntarily detained, destroyed, delayed and opened newspapers intended for delivery via City Route 1304.

All in violation of Title 18, United 1703(b).

RICHARD CALLAHAN
United States Attorney

_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, , Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*[signature]*

Subscribed and sworn to before me this 23rd day of October 2015.

*[signature]*
CLERK, U.S. DISTRICT COURT

By: *[signature]*
DEPUTY CLERK